AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT ~ 1 2014

BY DAVID J. MALAND, CLERK
DEPUTY_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| NICHOLAS JOSEPH ROTUNDO | ) | Case No. |
| | ) | 4:14MJ309 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   Jun 4, 2013 through Sept 16, 2014   in the county of            Collin            in the

___Eastern___   District of   ___Texas___   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | cyber-stalking |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Jason Ibraham, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:        10/01/2014

_____
*Judge's signature*

City and state:             Sherman, Texas

Amos L. Mazzant, U.S. Magistrate Judge
*Printed name and title*